

**FILED**

Apr 22 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ franciscoh   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Samantha Rajapakse )
) Civil No. '21 CV0801 GPC MDD
)
) REQUEST FOR APPOINTMENT OF
) COUNSEL UNDER THE CIVIL RIGHTS
v. ) ACT OF 1964, 42 U.S.C. 2000e 5(f)(1);
) DECLARATION IN SUPPORT OF
) REQUEST
Escrow.Com Et AL )
)

1. I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

    A. my claim is meritorious (that is, I have a good case), and

    B. I have made a reasonably diligent effort to obtain counsel, and

    C. I am unable to find an attorney willing to represent me on terms that I can afford.

2. A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3.   A. Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

    ____ Yes      _X_ No

IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B AND C.

  B. Do you question the correctness of the Commission's "no reasonable cause" determination?

  \_\_\_\_ Yes  **X** No

  C. If you answered "yes" to question 3B, what are your reasons for questioning the Commission's determination? <u>Be specific and support your objections with fact. Do not simply repeat the allegations made in your complaint; the court will review your complaint in considering this request for counsel</u>.

(Attach additional sheets as needed)

| | |
|---|---|
| 1 | 4. Have you talked with any attorney about handling your claim? |
| 2 | ____ Yes   __X__ No |
| 3 | If "YES," give the following information about each attorney with whom you talked: |
| 4 | Attorney: _____ |
| 5 | When: _____ |
| 6 | Where: _____ |
| 7 | How (by telephone, in person, etc.): _____ |
| 8 | Why attorney was not employed to handle your claim: _____ |
| 9 | _____ |
| 10 | _____ |
| 11 | |
| 12 | Attorney: _____ |
| 13 | When: _____ |
| 14 | Where: _____ |
| 15 | How (by telephone, in person, etc.): _____ |
| 16 | Why attorney was not employed to handle your claim: |
| 17 | _____ |
| 18 | _____ |
| 19 | |
| 20 | Attorney: _____ |
| 21 | When: _____ |
| 22 | Where: _____ |
| 23 | How (by telephone, in person, etc.): _____ |
| 24 | Why attorney was not employed to handle your claim: |
| 25 | _____ |
| 26 | _____ |
| 27 | _____ |
| 28 | (Attach additional sheets as needed) |

5. Explain any other efforts you have made to contact an attorney to handle your claim:

I have not

6. Give any other information which supports your application for the court to appoint an attorney for you:

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose: None

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

    A.    <u>Employment</u>

Are you employed now? ___ yes _✓_ no ___ am self-employed

Name and address of employer:

| | |
|---|---|
| 1 | If employed, how much do you earn per month? _____ |
| 2 | If not employed, give month and year of last employment: _____ |
| 3 | How much did you earn per month in your last employment? _____ |
| 4 | If married, is your spouse employed? ___ yes ___ no |
| 5 | If "YES," how much does your spouse earn per month? _____ |
| 6 | If you are a minor under age 21, what is your parents' or guardians' approximate monthly |
| 7 | income? _____ |
| 8 | |
| 9 | B. <u>Assets</u> |
| 10 | (i) <u>Other Income</u> |
| 11 | Have you received within the past 12 months any income from a business, profession or other |
| 12 | form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity |
| 13 | payments or other sources? ___ yes _✗_ no |
| 14 | If "YES," give the amount received and identify the sources: |
| 15 | <u>$ Received</u>              <u>Source</u> |
| 16 | _____ |
| 17 | _____ |
| 18 | _____ |
| 19 | _____ |
| 20 | _____ |
| 21 | _____ |
| 22 | _____ |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | (Attach additional sheets as necessary) |

| | |
|---|---|
| 1 | (ii) <u>Cash</u> |
| 2 | Have you any cash on hand or money in savings or checking accounts? _X_ yes ___ no |
| 3 | If "YES," state total amount: 25.00 |
| 4 | (iii) <u>Property</u> |
| 5 | Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property |
| 6 | (excluding ordinary household furnishings and clothing)? ___ yes _X_ no |
| 7 | If "YES," give value and describe it: |
| 8 | <u>Value</u>         <u>Description</u> |
| 9 | _____ |
| 10 | _____ |
| 11 | _____ |
| 12 | _____ |
| 13 | _____ |
| 14 | _____ |
| 15 | C. <u>Obligations and Debts</u> |
| 16 | (i) <u>Dependents</u> |
| 17 | Your marital state is: _X_ single ___ married ___ widowed, separated or divorced. |
| 18 | Your total number of dependents is: _____ |
| 19 | List those person you actually support, your relationship to them, and your monthly |
| 20 | contribution to their support: |
| 21 | <u>Name/Relationship</u>         <u>Monthly Support Payment</u> |

|   |     | (ii)      | Debts and Monthly Bills |                 |
|---|-----|-----------|-------------------------|-----------------|

List all creditors, including banks, loan companies and charge accounts, etc.

| Creditor | Total Debt | Monthly Payment |
|----------|------------|-----------------|
| Rent: 400 | | |
| Mortgage on Home: | | |
| Others: | | |

9. **Signature**

I declare under penalty of perjury that the above is true and correct.

Dated: April 21, 2021

_Samantha Rijapaks_
Signature

(Notarization is not required)